# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Barbara Ruiz, Jesse Campos, Sofia Rosario, and Terry Lopez, Plaintiffs<br><br>v.<br><br>Anna's Cafe LLC (d/b/a Anna's Gaming Cafe), Donato Restaurant Group Inc. (d/b/a Marquee Restaurant) and Anthony Donato, individually, Defendants | Case No. 1:17-cv-1884<br>The Honorable Elaine E. Bucklo |

## STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Thursday, April 12, 2018.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiffs' Counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | /s/ Beata Bukranova<br>Defendants' Counsel<br>A Law Team<br>1600 Golf Rd #1200<br>Rolling Meadows, IL 60008 |